[No. 15833-7-II. Division Two. October 12, 1993.]

ALL-PURE CHEMICAL COMPANY, ET AL, *Appellants*, v. LOUISE WHITE, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-2-00998-9, Milton R. Cox, J., entered January 24, 1992. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 12822-9-III. Division Three. October 12, 1993.]

CHARLES KRECK, *Appellant*, v. JAMES L. SHEEHAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-2-00087-1, Larry M. Kristianson, J., entered October 14, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[Nos. 15050-6-II; 15820-5-II. Division Two. October 14, 1993.]

ELAINE J. BRYANT, *Appellant*, v. FREDERICK A. BRYANT, ET AL, *Respondents*.

Appeals from judgments of the Superior Court for Kitsap County, No. 89-2-00761-6, Leonard W. Kruse, J., entered May 10, 1991, and February 7, 1992. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.